

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00172-CV

———————————————

EBH TOPCO, L.L.C., EBH HOLDING COMPANY, INC., ELEMENTS
BEHAVIORAL HEALTH, INC., AND TRS BEHAVIORAL CARE, INC., D/B/A
THE RIGHT STEP, Appellants

V.

JAMES FOSTER, Appellee

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-312714-19

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: September 10, 2020